UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:11CV-00074-JHM

GLENN COLLINS, ET AL.                                                                              PLAINTIFFS

VS.

JOHN M. MCHUGH, SECRETARY OF THE ARMY, ET AL.            DEFENDANTS

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendants, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants, John McHugh, Secretary of the Army, Kevin Salvilla, and Peter Frick, consistent with the Court's Memorandum Opinion and Order and the Plaintiffs' Complaint be dismissed with prejudice.

Copies to:   Counsel of record
             Glenn Charles Collins
             Darlene Collins